May 28, 2015

FILED
LOIS ROGERS
DISTRICT CLERK

2015 JUN -1 PM 12: 12

SMITH COUNTY TEXAS
BY_____ DPUTY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/2/2015 8:05:49 AM
CATHY S. LUSK
Clerk

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791

Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

Re: In the Matter of the Marriage of
Jimmie Fontenot and Doris Fontenot
Case Number 12-15-00110-CV
Trial Court Case Number 14-1726-E

1- Rules governing this request are:
TEX. R. APP. P 10.5 and 9.5

2- Grounds for motion - I am a disabled, sixty-five year old lady. My husband of twenty-five years abandoned me because I was sick. I'm trying to survive on my Social Security Disability check and monthly support. I have doctor co-pays and medicine cost of $500- per month plus co-pay of any procedures. I am in the final stages of mitochondrial disease which means that all the soft tissue in my body is dying. My cells no longer produce the energy needed to function which affects multiple organs of my body - I have had two strokes and suffer from mitochondrial metabilism disorder, chronic pain, asthma, osteoarthritis, pituitary microadenoma, hyperlipemia, hypertension, hiatal hernia, central hypothyroidism, diabetes mellitos type 2. I have intravenous iron infusion every four months, deterioration of muscles

is bad enough that they are squeezing my nerves to cause my pain to worsen and my colon is not working properly.

3- I am requesting a probono attorney to help me appeal the divorce. My attorney for the divorce, Beau Sinclair, did not use anything I gave him, but chose to lie. He told me what he planned less than twenty-four hours before my Final Hearing. I believe he had niether the time or inclination to prepare my case properly, so he chose the easy way for himself — essentially "throwing me under the bus".

Affidavitt of Indigence already mailed to the Twelfth Court of Appeals May 6, 2015

Copy: Smith County Courthouse
Jimmie Fontenot

Phone 225-654-4392
e-mail dorisnell1949@yahoo.com

May 27, 2015

Page 3 of 4
FILED
LOIS ROGERS
DISTRICT CLERK
2015 JUN -1 PM 12: 12
SMITH COUNTY TEXAS
BY [signature] DEPUTY

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791

Kim Christopher, Reporter
Smith County Courthouse
100 N. Broadway
Tyler, TX 75702

Re: In the Matter of the Marriage of
Jimmie Fontenot and Doris Fontenot
Case number 12-15-00110-CV
Trial Court Case number 14-1726-E

This is a request that the reporters record be prepared. I have requested that the recorders record be prepared and Lois Rogers, District Clerk, Smith County told me that it is done (as of this date, I have not received anything).

Since the attorney who represented me in this case, Beau Sinclair, is no longer involved, I have no idea what he presented as exhibits. From memory, the only exhibits I request are the Amended Partition or Exchange Agreement and the one page from PPG Industries indicating the balance of the 401K. I will have supplements since Beau Sinclair did not use the rest of the things I gave him. He chose to lie, only telling me his plan less than twenty four hours before the Final Hearing. I believe that he had niether the time nor the inclination to prepare my case properly, so chose the easy

continued →

way for himself — essentially "throwing me under the bus"!

copy: Twelfth Court of Appeals
Lois Rogers, District Clerk, Smith County
Jimmie Fontenot

Phone   225-654-4392
E-mail   dorisnell1949@yahoo.com